# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: ADAM LAWSON WOODRUM  
Attorney at Law, Bar No. 10284

Case No. 2:25-ms-00063-APG

**ORDER OF SUSPENSION**

    Attorney ADAM LAWSON WOODRUM, State Bar No. 10284, was suspended by the Supreme Court of Nevada on August 14, 2025. On August 18, 2025, I ordered ADAM LAWSON WOODRUM to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. The OSC provided ADAM LAWSON WOODRUM with 30 days to respond with reasons why he should not be suspended. On September 2, 2025, ADAM LAWSON WOODRUM filed a Notice of Change of Address which also stated he did not object to reciprocal suspension. ECF No. 4.

    I THEREFORE ORDER that ADAM LAWSON WOODRUM, Bar No. 10284, is suspended from practice in United States District Court for the District of Nevada.

    DATED this   21st   day of November, 2025.

_____  
ANDREW P. GORDON  
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 24th day of November 2025, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Adam Lawson Woodrum
    P00036160
    Carson City Detention Center
    897 E. Musser Street
    Carson City, NV 89701

    Certified Mail No.: 7018 1830 0001 8797 8992

    /s/ P. Rich
    Deputy Clerk
    United States District Court,
    District of Nevada